IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 20-CR-73-1 (JRS) |
| JASON EDWARD RAMOS | : | |
| | : | |

## ORDER

Upon independent review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, and the transcript of the guilty plea proceedings, it is **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**. I accept the guilty plea of Jason Edward Ramos entered on March 4, 2024. Sentence will be imposed on **Wednesday, June 12, 2024 at 9:30a.m.,** in Courtroom **14B.**

BY THE COURT:

_____
**HONORABLE JUAN R. SÁNCHEZ**
*United States District Court Judge*
*Eastern District of Pennsylvania*